UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RICHARD G. GRANT,

                                Plaintiff,    **NOTICE OF APPEARANCE**

- against -                                CV-07 5534 (GEL)

TEACHERS RETIREMENT SYSTEM OF THE CITY OF
NEW YORK, NEW YORK CITY OFFICE OF THE
ACTUARY,

                                Defendants.

------------------------------------------------------------------------ x

        I, KAREN J. SEEMEN, am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants TEACHERS RETIREMENT SYSTEM OF THE CITY OF NEW YORK and the NEW YORK CITY OFFICE OF THE ACTUARY in the above-captioned action.  Please take notice that I am one of the present Assistant Corporation Counsel assigned to this action, and all future filings, or other information, related to this action can be directed to me at the below address.

Dated:      New York, New York
              July 12, 2007

        Respectfully Submitted,

**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
Attorney for the Defendant
100 Church Street, Rm 5-143
New York, New York  10007
(212) 788-1197

By:_____/s/Karen J. Seemen_____
    KAREN J. SEEMEN (KS6545)
    Assistant Corporation Counsel

TO:   Dr. Richard G. Grant (by mail)
       22 Noel Court
       Brewster, NY 10509

Index No. CV 07 5534 (GEL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. RICHARD G. GRANT,

                                                    Plaintiff,

-   against –

TEACHERS RETIREMENT SYSTEM OF THE CITY OF NEW YORK, NEW YORK CITY OFFICE OF THE ACTUARY,

                                                    Defendants.

**NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendants City of New York and NYCERS
100 Church Street
New York, New York  10007-2601

        Of Counsel:    Karen J. Seemen
        Tel No.:       (212) 788-1197

*Service of which is hereby acknowledged*:

*New York, New York*     Dated:   ............................................

Signed: ................ .............. .............. ............................................

Attorney for: ....... .............. .............. ............................................